UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ANTHONY NORRIS
02A0310

VS

BRIAN FISCHER, Supt.

-------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 12 2006 ★
BROOKLYN OFFICE

ORDER
CV 06-2190    (JG)

A hearing will be held in the captioned case on ___OCTOBER 20, 2006 @9:30A.M.

The Warden is to have the petitioner available via telephone to participate at this hearing.

Please call Vivian Klein at 718-613-2455 before the scheduled date to set up the hearing.

SO ORDERED

s/John Gleeson
JOHN GLEESON, U.S.D.J.

Dated: June 9, 2006
       Brooklyn, New York