UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANTHONY NORRIS,

          Petitioner,

  -against-

SUPERINTENDENT
BRIAN FISCHER,

          Respondent.
---------------------------------------------------------X

JUDGMENT
06-CV-2190 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 21 2007 ★
**BROOKLYN OFFICE**

    A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 15, 2007, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       May 17, 2007

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court